

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

May 26, 2023

The Honorable Andrew E. Krause
United States Magistrate Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  *United States v. John Chen, a/k/a "Chen Jun," and Lin Feng,* **23-mj-4263**

Dear Judge Krause:

The Government writes to respectfully request that the Court unseal the above-referenced complaint and arrest warrants, as we have been advised that the defendants have been arrested.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  _____
Kathryn Wheelock
Assistant United States Attorney

SO ORDERED:

_____
HONORABLE  ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE

Dated: May 26, 2023